UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN R. BARNEY, II,

    Plaintiff,

v.                                    Case No. 3:18cv620-MCR-CJK

LEON M. BIEGALSKI, et al.,

    Defendants.
_____/

ORDER and
REPORT AND RECOMMENDATION

This matter is before the court on plaintiff's motion for entry of default against defendant Prytula, the supervisor of the Florida Department of Revenue's Crestview Office. (Doc. 28). Plaintiff also filed a motion for default judgment against all defendants. (Doc. 29).

Plaintiff says entry of default against defendant Prytula is warranted because Prytula moved to dismiss the amended complaint instead of filing an answer. Federal Rule of Civil Procedure 55(a), however, allows entry of default only when a defendant "has failed to plead or otherwise defend." The motion to dismiss (doc. 17), filed by Prytula and the other defendants, is a permissible response to the

amended complaint and shows the defendants are defending against plaintiff's claims. Thus, entry of default is not warranted.\*

Plaintiff has also moved for default judgment against all defendants. (Doc. 29). As it currently stands, however, none of the defendants have been defaulted. *See Johnson v. Dayton Elec. Mfg. Co.*, 140 F.3d 781, 783 (8th Cir. 1998) ("[E]ntry of default under Rule 55(a) must precede grant of a default judgment under Rule 55(b)."). Furthermore, the Eleventh Circuit has a "strong policy of determining cases on their merits." *Fla. Physician's Ins. Co., Inc. v. Ehlers*, 8 F.3d 780, 783 (11th Cir. 1993)). The undersigned, therefore, recommends that the motion for default judgment be denied.

In addition, on June 28, 2018, the court ordered plaintiff to file a response to the defendants' motion to dismiss (doc. 17) and motion to take judicial notice (doc. 18) within 30 days. (Doc. 19). Plaintiff has not filed a response to defendants' motions within the allotted time. The court will *sua sponte* allow plaintiff 10 additional days to submit responses to defendants' motions, after which time the motions will be taken under advisement.

---

\* In an order dated July 10, 2018, the undersigned denied plaintiff's motion for entry of default against defendants Biegalski and Rhodes. (Doc. 24). Plaintiff has appealed that order to the District Judge. (Doc. 27).

Case No. 3:18cv620-MCR-CJK

Accordingly, it is ORDERED:

1. Plaintiff's motion for entry of default against defendant Prytula (doc. 28) is DENIED.

2. Plaintiff shall have **10 days** from the date of this order to file a response to defendants' motion to dismiss (doc. 17) and motion to take judicial notice (doc. 18).

And it is respectfully RECOMMENDED:

1. That plaintiff's motion for default judgment (doc. 29) be DENIED.

At Pensacola, Florida, this 8th day of August, 2018.

/s/ *Charles J. Kahn, Jr.*
**CHARLES J. KAHN, JR.**
**UNITED STATES MAGISTRATE JUDGE**

NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within 14 days after being served a copy thereof. Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control. A copy of objections shall be served on the Magistrate Judge and all other parties. A party failing to object to a Magistrate Judge's findings or recommendations contained in a report and recommendation in accordance with the provisions of 28 U.S.C. § 636(b)(1) waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* 11th Cir. R. 3-1; 28 U.S.C. § 636.