UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ALVIN R. BARNEY, II,

    Plaintiff,

v.                              CASE NO. 3:18cv620-MCR-CJK

LEON M. BIEGALSKI, et al.,

    Defendants.
_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated February 12, 2019. ECF No. 54. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of any timely filed objections.

Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' Motion to Take Judicial Notice, ECF No. 18, is **GRANTED**.

3. Defendants' Motion to Dismiss Amended Complaint, ECF No. 17, is **GRANTED**. Plaintiff's federal claims are **DISMISSED WITH PREJUDICE** and plaintiff's state-law claims are **DISMISSED WITHOUT PREJUDICE**.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this 18th day of March 2019.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**